JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODOLFO C. ANDERSON,** | Case No. CV 10-2507 AHM (JPR) |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **J. DEBRITZ, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court will maintain jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: April 3, 2012

_____
The Honorable A. Howard Matz
U.S. District Court Judge

JS-6

1